No. 572, Misc.   KING v. RHAY, PENITENTIARY SUPER-
INTENDENT.   Superior Court of Washington, Walla Walla
County.   Certiorari denied.

No. 576, Misc.   DIAZ v. NEW YORK.   Appellate Divi-
sion, Supreme Court of New York, Second Judicial
Department.   Certiorari denied.

No. 587, Misc.   HARDEN v. NEW YORK.   Appellate
Division, Supreme Court of New York, First Judicial
Department.   Certiorari denied.

No. 591, Misc.   DRAPER v. RHAY, PENITENTIARY
SUPERINTENDENT.   C. A. 9th Cir.   Certiorari denied.

No. 592, Misc.   DUBOISE v. NORTH CAROLINA.   Su-
preme Court of North Carolina.   Certiorari denied.

No. 593, Misc.   LAUDERDALE v. CALIFORNIA.   Supreme
Court of California.   Certiorari denied.

No. 594, Misc.   DICKERSON v. RUNDLE, WARDEN.
Supreme Court of Pennsylvania.   Certiorari denied.

No. 615, Misc.   JOHNSON ET AL. v. REDEVELOPMENT
AGENCY OF THE CITY OF OAKLAND ET AL.   C. A. 9th Cir.
Certiorari denied. Petitioners pro se.   Martin Mc-
Donough for respondents.

No. 630, Misc.   HARRIS, FORMERLY TALLEY, v. TALLEY.
Court of Appeals of Tennessee.   Certiorari denied.  John
S. Wrinkle for petitioner.   Sizer Chambliss for respond-
ent.